## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO. 6:07-CR-8-ORL-19KRS

SHAWN TREMAINE HILL

### ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 99, filed May 29, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 99) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Shawn Tremaine Hill has entered a plea of guilty to Counts One, Five and Six of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Five and Six of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this ___1st___ day of June, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

Courtroom Deputy